NOVEMBER 29, 1962

Reap. Dec. 10378.—Stockheimer & Harder and American Foreign Industries, Inc. v. United States, 
Entered at New York, N.Y. Reap. Dec. 10355. Motion by defendant.